# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br><br>Colin DWYER-KEON<br><br>*Defendant(s)* | Case No.<br>2:25-MJ-277 |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  11/4/24-1/5/2025 AND 7/6/25-10/14/25  in the county of  LAKE  in the  NORTHERN  District of  INDIANA , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C.§ 2251(a) and (e) | - production of minor engaging in any sexually explicit conduct and attempt to do the same |
| 18 U.S.C. § 2252A(a)(5)(B) and (b)(2) | - possession or access with intent to view child pornography and attempts to do the same |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

SA Steven Moran, HSI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P 4.1 by email transmission and telephonic confirmation.

Date:  12/15/2025

s/John E. Martin
*Judge's signature*

City and state:  Hammond, Indiana         Hon. John E. Martin, US Magistrate Judge
*Printed name and title*